# Court of Appeals
# of the State of Georgia

ATLANTA, February 21, 2023

*The Court of Appeals hereby passes the following order:*

## A23A0964. ZACHARY JAMES MCALEXANDER v. PAUL SIKORSKI.

Zachary James McAlexander filed a premises liability and personal injury suit against Paul Sikorski. After Sikorski failed to answer, McAlexander filed a motion for default judgment. The trial court conducted a hearing and determined that McAlexander was unable to establish any damages. In October 2021, the trial entered judgment accordingly. McAlexander filed a motion to set aside the order pursuant to OCGA § 9-11-60 (d), and the trial court denied same on November 15, 2021. On December 4, 2022, McAlexander filed this appeal. We lack jurisdiction for two reasons.

First, an appeal from an order denying a motion to set aside under OCGA § 9-11-60 (d) must come by application for discretionary appeal. See OCGA § 5-6-35 (a) (8). Second, McAlexander's notice of appeal is untimely. A notice of appeal must be filed within 30 days after entry of the appealable order. OCGA § 5-6-38 (a). The proper and timely filing of a notice of appeal is an absolute requirement to confer jurisdiction on this Court. *Perlman v. Perlman*, 318 Ga. App. 731, 739 (4) (734 SE2d 560) (2012). McAlexander's notice of appeal was filed 384 days after entry of the

order he seeks to appeal. Accordingly, we lack jurisdiction to consider this appeal, which is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
          *Clerk's Office, Atlanta,* __02/21/2023__

    *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

    *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*